**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| CAUSE OF ACTION INSTITUTE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1800 (APM) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 6, 2019, the Parties file this Joint Status Report to apprise the Court of their progress in this Freedom of Information Act ("FOIA") case. Plaintiff seeks records of work-related communications created or received on non-governmental email accounts by former FBI Director James Comey, former FBI Chief of Staff James Rybicki, and former DOJ Director of Public Affairs Sarah Isgur Flores. Plaintiff submitted three requests to the Federal Bureau of Investigation ("FBI"), the DOJ Office of Information Policy ("OIP"), and the DOJ Office of the Inspector General ("OIG").

**FBI**: As previously reported in the Parties' last status report, *see* ECF No. 25, the FBI made its initial release to Plaintiff on February 28, 2019, and is currently processing approximately 2,964 pages of records referred from OIG (discussed below). The FBI expects to process approximately 500 pages of records per month and plans to make its first interim release on or about July 31, 2019. The FBI will make subsequent productions the last day of every month until the expected completion of productions by January 2020. Plaintiff is currently reviewing the FBI's productions and awaiting the FBI's response regarding the referred documents.

**OIG**:  The OIG responded by letter on August 31, 2018, stating that it had closed the request because any responsive records would have originated with the FBI, and that, whereas normally the request would be referred to the FBI, Plaintiff's request to OIG had stated that Plaintiff was "not interested in [OIG] referring this request" because it was sending a "separate FOIA request directly to the FBI."  After conferring, the parties have agreed that OIG will process Plaintiff's request but it will treat it as a new request, dated October 22, 2018, but only for purposes of determining whether Plaintiff is a prevailing party entitled to attorneys' fees.  OIG has completed processing Plaintiff's request and located documents that originated with the FBI.  On March 12, 2019, OIG referred approximately 2,964 pages of records to the FBI for processing.

**OIP**:  The OIP completed its search and released responsive documents with withholdings that Plaintiff is not challenging.  Plaintiff, however, has raised a concern about the adequacy of OIP's search – specifically, whether it has sufficiently covered emails originating from an official's private Gmail address.  Plaintiff filed a motion to compel the preservation of any such documents on February 27, 2019, *see* ECF No. 17, which the Court granted in an Order dated April 25, 2019.  On May 9, 2019, Defendant filed a notice to the Court that Defendant had complied with the preservation order.

The parties require additional time to confer regarding the above and propose to file another status report by July 6, 2019.

Respectfully submitted,

By: /s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362
Lee A. Steven
D.C. Bar No. 468543
CAUSE OF ACTION INSTITUTE
1875 Eye Street, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
lee.steven@causeofaction.org
ryan.mulvey@causeofaction.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20036
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*